Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

United States Courts
Southern District of Texas
FILED

APR 13 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas
_____ Division

Derek William Brown
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Kim Ogg, Elizabeth Dawn, Current Prosecutor
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Derek William Brown
   All other names by which you have been known: NA
   ID Number: 01373004
   Current Institution: Baker St. Jail
   Address: 1200 Baker St.
            Houston, TX 77002

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Kimberly Ogg
   Job or Title: District Attorney
   Shield Number:
   Employer: Harris County
   Address: 1201 Franklin Ste. 600
            Houston, TX 77002
   [X] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: Elizabeth D. Baron
   Job or Title: Assistant District Attorney
   Shield Number:
   Employer: Harris County District Attorney
   Address: 1201 Franklin ste 600
            Houston, TX 77002
   [X] Individual capacity  [X] Official capacity

Defendant No. 3
  Name: unknown
  Job or Title (if known): Current ADA (Prosecutor)
  Shield Number:
  Employer: District Attorney's Office
  Address: 1201 Franklin St Ste. 600 14th Floor
  Houston, TX 77002
  City / State / Zip Code
  [X] Individual capacity  [X] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Shield Number:
  Employer:
  Address:
  City / State / Zip Code
  [ ] Individual capacity  [ ] Official capacity

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I have an other suit ready for trial 6:18 cv 269 This and both 4:20-cv-01041 & 4:20-cv-00725 are for harrassment (vengence on filing another suit)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Every person listed has been made well aware of the conditions they confine to leave me in for offenses, it fights with 16 various proof. They are blocking any administrative closure from C.19cv209 w/ an incompetency statement from court 263 complete harassment I'm sane (2 competency reports exist (stating) sane)

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See additional enclosed paper

C. What date and approximate time did the events giving rise to your claim(s) occur?

They began with L. Garett's arrest and no proper charges being filed.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Everyone at the Jail has been subject to things like freezing temperatures when heat was cut off, no law library when I needed it, food missing on trays for wing etc.

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have a torn right rotator cuff (see suit 4-20:CV00649) and had a broken finger never properly treated either

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

All forms of financial Compensation
Immediate protective order
whatever else the court deems fit from

6:18CV209, & 4:20-CV-00725, 4:20 CV:5579 6411

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris County Jail
1200 Baker St Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☒ No (crossed out)

☐ Do not know

If yes, which claim(s)?

These allegations are a harassment addendum to 6:19CV209. I have several grievances (one in Internal Affairs) but they are rarely returned.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Harris County Jail

2. What did you claim in your grievance?

   All above stated facts

3. What was the result, if any?

   One is @ Internal affairs, other step 1 in review - probably won't get it back. Just submitted 2 or 3 three others

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Still fighting it.

F.  If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

    NA

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    NA

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I am trying to follow PLRA Requirements. Staff is not accommodating. I'm doing all I can. I need a restraining order / injunction.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NA

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) ~~Thomas Lee~~ Duek Brown
      Defendant(s) Cristian G. Kemp

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      Eastern District of Tyler

   3. Docket or index number
      6:18CV209

   4. Name of Judge assigned to your case
      Still, Love

   5. Approximate date of filing lawsuit
      May of 2018

   6. Is the case still pending?

      ☒ Yes

      ☐ No

      If no, give the approximate date of disposition. Administratiall Closure till TDCJ of ch spirtul

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Awaiting appointment of Attorney/trial date

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? yes.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Derek Brown
   Defendant(s) C. Reed, Et Al

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Southern District of Texas

3. Docket or index number

   4:20-cv-00641

4. Name of Judge assigned to your case

   Sim Lake

5. Approximate date of filing lawsuit

   ~~April~~ March 2020

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition   waiting on Law Library for in forma papers — But trying to get all additional ones

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   In The Courts Still    Cases filed in as harassment —

   They are retaliation for filing redress or grievances

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 71st, 2020

Signature of Plaintiff: Derek W Brown
Printed Name of Plaintiff: Derek W Brown
Prison Identification #: 01373004
Prison Address: 1200 Baker St
Houston, TX 77052
City, State, Zip Code

B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City, State, Zip Code
Telephone Number: _____
E-mail Address: _____